```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 18373
    FRANKIE L RATTLIFF
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-2979


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/05/2007 and was not confirmed.

      The case was dismissed without confirmation 12/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
CONSUMER PORTFOLIO SERV   SECURED VEHIC      8564.30           .00            .00
CONSUMER PORTFOLIO SERV   UNSECURED         NOT FILED          .00            .00
KLUEVER & PLATT           NOTICE ONLY       NOT FILED          .00            .00
OPTION ONE MORTGAGE CORP  CURRENT MORTG          .00           .00            .00
OPTION ONE MORTGAGE CORP  MORTGAGE ARRE      7000.00           .00            .00
UNKNOWN                   SECURED VEHIC     10000.00           .00            .00
UNKNOWN                   UNSECURED         NOT FILED          .00            .00
DAIMLER CHRYSLER FINANCI  SECURED VEHIC      9360.73           .00            .00
ACADEMY COLLECTION SERVI  NOTICE ONLY       NOT FILED          .00            .00
ACTION CARD               UNSECURED         NOT FILED          .00            .00
ALEXANDER ROSE INC        UNSECURED         NOT FILED          .00            .00
CHRYSLER CREDIT           UNSECURED         NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED         NOT FILED          .00            .00
CREDIT MANAGEMENT INC     UNSECURED         NOT FILED          .00            .00
CREDIT MANAGEMENT CONT    UNSECURED         NOT FILED          .00            .00
DIVERSIFIED CONSULTANTS   NOTICE ONLY       NOT FILED          .00            .00
FIRST REVENUE ASSURANCE   UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORP     UNSECURED          8982.40           .00            .00
HSBC NV                   UNSECURED         NOT FILED          .00            .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY       NOT FILED          .00            .00
NCO FIN/99                NOTICE ONLY       NOT FILED          .00            .00
PALISADES COLLECTIONS     UNSECURED         NOT FILED          .00            .00
PEOPLES GAS & LIGHT       UNSECURED         NOT FILED          .00            .00
SEARS ROEBUCK             NOTICE ONLY       NOT FILED          .00            .00
SHERMAN ACQUISITION       UNSECURED         NOT FILED          .00            .00
KIRLIN ASSOCIATES         NOTICE ONLY       NOT FILED          .00            .00
VERIZON WIRELESS          UNSECURED         NOT FILED          .00            .00
VERIZON WIRELESS          UNSECURED         NOT FILED          .00            .00
ASSET ACCEPTANCE LLC      UNSECURED           461.98           .00            .00
T-MOBILE USA              UNSECURED           378.17           .00            .00
COMCAST                   UNSECURED            96.60           .00            .00
T-MOBILE USA              UNSECURED           900.20           .00            .00
LEGAL HELPERS PC          DEBTOR ATTY       1,737.00                          .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18373 FRANKIE L RATTLIFF
```

```
     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                        ---------------     ---------------
TOTALS                        .00                      .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


   Dated: 03/27/08                /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 18373 FRANKIE L RATTLIFF